1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   GERALDINE A. FREEMAN, Cal. Bar No. 111483
2  DAVID A. DeGROOT, Cal. Bar No. 168073
   Four Embarcadero Center, 17th Floor
3  San Francisco, California  94111-4109
   Telephone:    415-434-9100
4  Facsimile:    415-434-3947
   E-mail:       ddegroot@sheppardmullin.com
5
   Attorneys for Plaintiff and Counter-defendant
6  COMERICA BANK

7  KELLY, HERLIHY, & KLEIN, L.L.P.
   Michael G. Glanzberg, Cal. Bar. No. 178751
8  44 Montgomery Street, Suite 2500
   San Francisco, California 94104
9  Telephone: (415) 951-0535
   Facsimile: (415) 391-7808
10
   FIGARI & DAVENPORT, L.L.P.
11 Don Colleluori, Texas State Bar No. 04581950
   Andrew P. Speicher, Texas State Bar No. 24027878
12 (Admitted *Pro Hac Vice*)
   3400 Bank of America Plaza
13 901 Main Street
   Dallas, Texas 75202
14 Telephone: (214) 939-2000
   Facsimile: (214) 939-2090
15
   Attorneys for Defendants/Counter-Plaintiffs
16 MICHAEL L. McDONALD and ALAN P. McDONALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/19/06*

| | |
|---|---|
| COMERICA BANK, a Michigan banking corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL L. McDONALD and ALAN P. McDONALD,<br><br>                    Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. C 06-03735 RMW (RS)<br><br>The Hon. Ronald M. Whyte<br><br>Current Date: October 20, 2006<br>Time:         10:30 a.m.<br>Crtrm.:        6<br><br>**STIPULATION CONTINUING STATUS CONFERENCE AND ORDER**<br><br>[Complaint Filed:  June 12, 2006] |

-1-

Plaintiff and Counter-Defendant Comerica Bank ("Plaintiff") and Defendants and Counterclaimants Michael L. McDonald and Alan P. McDonald ("Defendants") hereby stipulate and request a court order as follows:

A status conference in this matter is scheduled to take place on Friday, October 20, 2006, at 10:30 a.m.

Comerica has filed a motion to dismiss, which is scheduled to be heard on Friday, November 3, 2006, at 9:00 a.m.

Plaintiff and Defendants request that the status conference hearing be continued to Friday, November 3, 2006, at 10:30 a.m., so that it may take place after the hearing on Comerica's motion to dismiss.

Dated:  October 17, 2006

                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By        /s/ David A. DeGroot
                                      Attorneys for Plaintiff and Counter-defendant
                                              COMERICA BANK

Dated:  October 17, 2006

                                KELLY, HERLIHY, & KLEIN, L.L.P.

                                By        /s/ Michael G. Glanzberg
                                        Attorneys for Defendants and Counterclaimants
                                              MICHAEL L. McDONALD
                                              and ALAN P. McDONALD

**[] ORDER**

The Status Conference hearing scheduled for October 20, 2006, at 10:30 a.m., shall be continued to Friday, November 3, 2006, at 10:30 a.m.

Dated: October 19, 2006

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Judge