UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/19/06*

COMERICA BANK

          Plaintiff(s),

    v.

MICHAEL L. MCDONALD AND ALAN P. MCDONALD

          Defendant(s).

CASE NO. C 06-03735 ~~RS~~ RMW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)* MEDIATION
PROVIDER TO BE DETERMINED

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline 120 DAYS FROM THE DATE OF THE ORDER

Dated: 9/27/06

SHEPPARD MULLIN RICHTER & HAMPTON
*[signature]*
Attorney for Plaintiff
KELLY, HERLIHY & KLEIN, LLP

Dated: 9/27/06

*[signature]*
Attorney for Defendant's

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓       other   120 DAYS   from date of this order

IT IS SO ORDERED.

Dated: 10/19/06                      /s/ Ronald M. Whyte

                                        UNITED STATES DISTRICT    JUDGE