```
 1 | MICHAEL G. GLANZBERG (SBN 178751)
   | JOHN C. FERRY (SBN 104411)
 2 | KELLY, HERLIHY & KLEIN LLP
   | 44 Montgomery Street, Suite 2500
 3 | San Francisco, CA 94104-4798
   | Tel.: (415) 951-0535
 4 | Fax: (415) 391-7808
 5 |
   | DON COLLELUORI (Texas SBN 04581950) (Pro Hac Vice)
 6 | ANDREW P. SPEICHER (Texas SBN 24027878) (Pro Hac Vice)
   | FIGARI & DAVENPORT, LLP
 7 | 3400 Bank of America Plaza
   | 901 Main Street
 8 | Dallas, Texas 75202
   | Telephone: (214) 939-2000
 9 | Facsimile: (214) 939-2090
10 | Attorneys for Defendants/Counter-Plaintiffs
   | MICHAEL L. MCDONALD and                  E-FILED ***12/7/06***
11 | ALAN P. MCDONALD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMERICA BANK, a Michigan banking corporation, | Case No.: C06-03735-RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME BY WHICH DEFENDANTS/COUNTER-PLAINTIFFS' MUST FILE THEIR AMENDED COUNTER-CLAIM |
| vs. | |
| X MICHAEL L. MCDONALD, and ALAN P. MCDONALD, | |
| Defendants. | |
| | Complaint Filed: June 12, 2006 |
| | No Trial Date Assigned |

STIPULATION EXTENSION OF TIME TO FILE AMENDED COUNTER-CLAIM
CASE NO. C06-03735 RS

Defendants/Counter-Plaintiffs Michael L. McDonald ("M. McDonald") and Alan P. McDonald ("A. McDonald") (collectively, the "McDonalds") and Plaintiff/Counter-Defendant Comerica Bank ("Comerica") jointly stipulated as follows:

## I. STIPULATION

On November 17, 2006, this Court issued its order on Comerica's motion to dismiss the McDonalds' counter-claim. The motion was granted with leave to amend, the amended pleading to be filed within 20 days from the date of the order.

The Court's civil minutes also indicate that the McDonalds must decide whether or not to join Austin-Ventures as a counter defendant by December 30, 2006.

In order to avoid a multiplicity of pleadings, the parties hereto agree that the McDonalds have until December 14, 2006 to file their amended counter-claim and either to name or not name Austin-Ventures as a counter defendant.

Date: December 5, 2006

KELLY, HERLIHY & KLEIN, LLP

By _____
Michael G. Glanzberg
Attorneys for Defendants
MICHAEL L. MCDONALD and
ALAN P. MCDONALD

Date: December 5, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON

By _____
David A. DeGroot
Attorneys for Plaintiff
COMERICA BANK

-ii-
DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR RESPONSE IN OPPOSITION
TO PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO DISMISS
CASE NO. C06-03735 RS

# ORDER

Good causing showing, the McDonalds have until December 14, 2006 to file their amended counter-claim and to name Austin-Ventures as a counter defendant.

Date: December 7, 2006

/s/ Ronald M. Whyte

United States District Judge

E:\26237\P08.doc