SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
GERALDINE A. FREEMAN, Cal. Bar No. 111483
DAVID A. DeGROOT, Cal. Bar No. 168073
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415-434-9100
Facsimile:     415-434-3947
E-mail:        ddegroot@sheppardmullin.com

Attorneys for Plaintiff and Counter-defendant
COMERICA BANK

KELLY, HERLIHY, & KLEIN, L.L.P.
Michael G. Glanzberg, Cal. Bar. No. 178751
44 Montgomery Street, Suite 2500
San Francisco, California 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

FIGARI & DAVENPORT, L.L.P.
Don Colleluori, Texas State Bar No. 04581950
Andrew P. Speicher, Texas State Bar No. 24027878
(Admitted *Pro Hac Vice*)
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

Attorneys for Defendants/Counter-Plaintiffs
MICHAEL L. McDONALD and ALAN P. McDONALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 1/18/07*

| | |
|---|---|
| COMERICA BANK, a Michigan banking corporation, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL L. McDONALD and ALAN P. McDONALD, <br><br> Defendants. <br><br>————————————<br><br> AND RELATED CROSS-ACTION. | Case No. C 06-03735 RMW (RS) <br><br> The Hon. Ronald M. Whyte <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND TO HEAR MOTION TO DISMISS AND STATUS CONFERENCE** <br><br> Date:     February 16, 2007 <br> Time:     9:00 a.m. <br> Crtrm.:     6 <br><br> [Complaint Filed:  June 12, 2006] |

-1-

Plaintiff and Counter-Defendant Comerica Bank ("Plaintiff") and Defendants and Counterclaimants Michael L. McDonald and Alan P. McDonald ("Defendants") hereby stipulate and request a court order as follows:

Defendants filed their First Amended Counterclaim on December 14, 2006.

Plaintiff intends to file a motion to dismiss the First Amended Counterclaim.

A status conference in this matter is currently scheduled to take place on February 16, 2007, at 10:30 a.m.

Defendants have agreed to extend the time for Plaintiff to file its motion to dismiss to January 12, 2007, and to the following briefing and hearing schedule:

(1)     opening brief due:  January 12, 2007

(2)     opposition brief due:  January 26, 2007

(3)     reply brief due:  February 2, 2007

(4)     hearing:  February 16, 2007, at 9:00 a.m.

The parties request that Plaintiff's motion to dismiss be set for hearing on February 16, 2007, at 9:00 a.m., and that the status conference be moved to 10:30 a.m., so that it may take place at the same time as the hearing on Plaintiff's motion to dismiss.

Dated:  December 27, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     _____
                    /s/ David A. DeGroot
              Attorneys for Plaintiff and Counter-defendant
                    COMERICA BANK

Dated:  December 27, 2006

KELLY, HERLIHY, & KLEIN, L.L.P.

By     _____
                    /s/ Michael G. Glanzberg
              Attorneys for Defendants and Counterclaimants
                    MICHAEL L. McDONALD
                    and ALAN P. McDONALD

-2-

1

2  ## [] ORDER

3        For good cause shown, the stipulated request to hear Plaintiff's anticipated motion to dismiss and the status conference currently scheduled for February 16, 2007, at 10:30 a.m., is granted.  Plaintiff's motion to dismiss and the case management conference shall be heard on February 16, 2007, at 9:00 a.m.

6

7  Dated:  _1/18/07_____                    _____

8                                       The Honorable Ronald M. Whyte
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28