1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   GERALDINE A. FREEMAN, Cal. Bar No. 111483
2  DAVID A. DeGROOT, Cal. Bar No. 168073
   Four Embarcadero Center, 17th Floor
3  San Francisco, California 94111-4109
   Telephone:  415-434-9100
4  Facsimile:  415-434-3947
   E-mail:     ddegroot@sheppardmullin.com
5
   Attorneys for Plaintiff and Counter-defendant
6  COMERICA BANK

7  KELLY, HERLIHY, & KLEIN, L.L.P.
   Michael G. Glanzberg, Cal. Bar. No. 178751
8  44 Montgomery Street, Suite 2500
   San Francisco, California 94104
9  Telephone: (415) 951-0535
   Facsimile: (415) 391-7808
10
   FIGARI & DAVENPORT, L.L.P.
11 Don Colleluori, Texas State Bar No. 04581950
   Andrew P. Speicher, Texas State Bar No. 24027878
12 (Admitted *Pro Hac Vice*)
   3400 Bank of America Plaza
13 901 Main Street
   Dallas, Texas 75202
14 Telephone: (214) 939-2000
   Facsimile: (214) 939-2090
15
   Attorneys for Defendants/Counter-Plaintiffs
16 MICHAEL L. McDONALD and ALAN P. McDONALD

17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
19                          SAN JOSE DIVISION

*E-FILED - 2/6/07*

20 | COMERICA BANK, a Michigan banking | Case No. C 06-03735 RMW (RS)
21 | corporation,                      |
                                       | The Hon. Ronald M. Whyte
22 |            Plaintiff,             |
                                       | **SECOND STIPULATION AND
23 |     v.                            | PROPOSED ORDER TO EXTEND
                                       | TIME TO FILE RESPONSIVE
24 | MICHAEL L. McDONALD and ALAN P.   | PLEADING AND TO HEAR MOTION
   | McDONALD,                         | TO DISMISS AND STATUS
25 |                                   | CONFERENCE**
   |            Defendants.            |
26 |                                   | Date:  March 2, 2007
   |                                   | Time:  9:00 a.m.
27 | AND RELATED CROSS-ACTION.         | Crtrm.: 6
28 |                                   | [Complaint Filed: June 12, 2006]

-1-

1
2  Plaintiff and Counter-Defendant Comerica Bank ("Plaintiff") and Defendants
3  and Counterclaimants Michael L. McDonald and Alan P. McDonald ("Defendants")
4  hereby stipulate and request a court order as follows:
5  Defendants filed their First Amended Counterclaim on December 14, 2006.
6  Following a stipulation ("First Stipulation") to extend the time to do so,
7  Plaintiff filed a motion to dismiss the First Amended Counterclaim.
8  The hearing on the motion to dismiss and a status conference in this matter
9  were scheduled to take place on February 16, 2007, at 9:00 a.m., but were recently
10 rescheduled by the Court for March 2, 2007, at 9:00 a.m. and 10:30 a.m. respectively.
11  Pursuant to the First Stipulation, the deadlines for Defendants to file their
12 brief in opposition to the motion to dismiss is January 26, 2007, and the deadline for
13 Plaintiff to file its reply is February 2, 2007.
14  Plaintiff and Defendants have agreed to amend this briefing schedule as
15 follows, consistent with the new hearing date:
16   (1) opposition brief due: February 2, 2007
17   (2) reply brief due: February 16, 2007
18  Further, the parties request that the status conference be moved to 9:00 a.m.
19 on March 2, 2007, so that it may take place at the same time as the hearing on Plaintiff's
20 motion to dismiss.
21 Dated: January 24, 2007
22             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
23
24       By      /s/ David A. DeGroot
25             Attorneys for Plaintiff and Counter-defendant
              COMERICA BANK
26
27
28

1  Dated: January 24, 2007

2                              KELLY, HERLIHY, & KLEIN, L.L.P.

3

4                              By        /s/ Michael G. Glanzberg
                                    ─────────────────────────────
5                                   Attorneys for Defendants and Counterclaimants
                                         MICHAEL L. McDONALD
6                                         and ALAN P. McDONALD

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **[PROPOSED] ORDER**

2       For good cause shown, the amendment to the briefing schedule on Plaintiff's
3 motion to dismiss proposed by the parties is hereby approved and the stipulated request to
4 conduct the status conference at the same time as the hearing on such motion to dismiss, at
5 9:00 a.m. on March 2, 2007, is granted. Plaintiff's motion to dismiss and the case
6 management conference shall be heard on March 2, 2007, at 9:00 a.m.

7
8 Dated: 2/6/07            *Ronald M. Whyte*
9                                                           The Honorable Ronald M. Whyte
                                                          United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28