```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    GERALDINE A. FREEMAN, Cal. Bar No. 111483
 2  DAVID A. DeGROOT, Cal. Bar No. 168073
    Four Embarcadero Center, 17th Floor
 3  San Francisco, California  94111-4109
    Telephone:   415-434-9100
 4  Facsimile:   415-434-3947
    E-mail:      ddegroot@sheppardmullin.com
 5
    Attorneys for Plaintiff and Counter-defendant
 6  COMERICA BANK

 7  KELLY, HERLIHY, & KLEIN, L.L.P.
    John C. Ferry, Cal. Bar. No. 104411
 8  44 Montgomery Street, Suite 2500
    San Francisco, California 94104
 9  Telephone: (415) 951-0535
    Facsimile: (415) 391-7808
10
    FIGARI & DAVENPORT, L.L.P.
11  (Admitted Pro Hac Vice)
    Don Colleluori, Texas State Bar No. 04581950
12  Andrew P. Speicher, Texas State Bar No. 24027878
    3400 Bank of America Plaza
13  901 Main Street
    Dallas, Texas 75202                               *E-FILED - 4/10/08*
14  Telephone: (214) 939-2000
    Facsimile: (214) 939-2090
15
    Attorneys for Defendants/Counter-Plaintiffs
16  MICHAEL L. McDONALD and ALAN P. McDONALD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMERICA BANK, a Michigan banking corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>MICHAEL L. McDONALD and ALAN P. McDONALD,<br><br>     Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. C 06-03735 RMW (RS)<br><br>The Hon. Ronald M. Whyte<br><br>**STIPULATION AND []<br>ORDER OF DISMISSAL WITH<br>PREJUDICE**<br><br>[Complaint Filed:  June 12, 2006] |

-1-

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, by and between plaintiff and counterclaim defendant Comerica Bank ("Comerica"), and defendants and counterclaimants Michael L. McDonald and Alan P. McDonald (collectively, "McDonalds"), that:

1. Comerica and the McDonalds have settled their dispute.

2. Pursuant to Fed. R. Civ. P. 41(a), Comerica and the McDonalds now stipulate to the dismissal of all of their claims against each other in the Lawsuit with prejudice.

3. Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs.

Dated: March 26, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ David A. DeGroot_____
Attorneys for Plaintiff and Counter-defendant
COMERICA BANK

Dated: March 26, 2008

FIGARI & DAVENPORT, L.L.P.

By _____/s/ Don Colleluori_____
Attorneys for Defendants and Counterclaimants
MICHAEL L. McDONALD
and ALAN P. McDONALD

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), David A. DeGroot hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

**PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a), Comerica's complaint against the McDonalds and the McDonalds' counterclaim against Comerica are hereby dismissed with prejudice.

2. Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs.

Dated: 4/10/08 _____

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE